# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG VILLA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA Y. TAMPKINS, Warden,<br><br>　　　　　Respondent. | Case No. CV 17-03591-GW (SHK)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court has made a de novo determination of the Report and Recommendation and the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: November 30, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　United States District Judge