UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG VILLA,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA Y. TAMPKINS, Warden,<br><br>Respondent. | Case No. CV 17-03591-GW (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition be dismissed with prejudice.

Dated: November 30, 2018

_____
HON. GEORGE H. WU
United States District Judge